IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



| | |
|---|---|
| BRITTANY MATT, | § |
| Plaintiff, | § |
| -vs- | § Civil Case No. 2:17-cv-181 |
| FAMILY DOLLAR STORES OF ALABAMA, LLC., | § |
| | § **TRIAL BY JURY REQUESTED** |
| Defendant. | § |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Defendant Family Dollar Stores of Alabama, LLC. is an Alabama corporation that does business in Pike County, Alabama.

2. Plaintiff Brittany Matt is a resident of Pike County, Alabama.

3. At all times material to this action, Plaintiff was employed by Family Dollar Stores of Alabama, LLC. at their Pike County, Alabama location.

### JURISDICTION AND VENUE

4. This action is brought pursuant to the statutory scheme set out under the FLSA, 29 U.S.C. § 201 et seq. Specifically, this lawsuit seeks to remedy violations of the wage provisions of the FLSA by Family Dollar Stores of Alabama, LLC. Family Dollar Stores of Alabama, LLC.'s actions have deprived Plaintiff of lawful wages.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1332. Venue is proper in the Middle District of Alabama under 28 U.S.C. § 1391(b).

6. Family Dollar Stores of Alabama, LLC. is subject to personal jurisdiction in the State of Alabama for the purpose of this lawsuit.

7. At all times material to this action, Family Dollar Stores of Alabama, LLC. was an enterprise engaged in commerce or in the production of goods for commerce as defined by § 203(s)(1) of the FLSA.

8. At all times relevant to this action, Family Dollar Stores of Alabama, LLC. was an "employer" of the Plaintiff as defined by § 203(e)(1) of the FLSA.

9. At all times material to this action, Plaintiff was an "employee" of Family Dollar Stores of Alabama, LLC. as defined by § 203(e)(1) of the FLSA, and worked for Family Dollar Stores of Alabama, LLC. within the territory of the United States within three (3) years preceding the filing of this lawsuit.

10. The provisions set forth in §§ 206 and 207 of the FLSA applies to Family Dollar Stores of Alabama, LLC. and the Plaintiff and they were both covered by this section while Plaintiff was employed.

## STATEMENT OF FACTS

11. Plaintiff was employed by Family Dollar Stores of Alabama, LLC. as assistant manager.

12. As assistant manager, Plaintiff worked 50-60 hours each week. Plaintiff was compensated on a hourly basis.

13. While employed by Family Dollar Stores of Alabama, LLC., Plaintiff often worked overtime and hours for which she was not paid.

14. Family Dollar Stores of Alabama, LLC. knew Plaintiff worked off the clock and knew she was not paid overtime and/or minimum wage for all hours worked.

15. Family Dollar Stores of Alabama, LLC. failed to keep fair and accurate time records for all hours worked.

16. Family Dollar Stores of Alabama, LLC. conduct toward Plaintiff of denying overtime wages, and/or minimum wages, requiring employees to work off the clock, and not keeping accurate payroll records was part of a pattern and practice of wrongful conduct that involved Plaintiff and other hourly employees.

## COUNT ONE

17. Family Dollar Stores of Alabama, LLC. intentionally failed and/or refused to pay Plaintiff in accordance with the wage provisions of §§ 206 and 207 of the FLSA.

18. Family Dollar Stores of Alabama, LLC. has been aware of the requirements of the FLSA and its corresponding regulations requiring it to provide Plaintiff with the minimum wage and overtime compensation.

19. As a results of Family Dollar Stores of Alabama, LLC.'s violation of the FLSA, the Plaintiff has suffered damages by failing to receive the minimum wage and/or overtime pay in accordance with §§ 206 and 207 of the FLSA.

20. Family Dollar Stores of Alabama, LLC.'s action in failing to compensate Plaintiff was willful.

21. Family Dollar Stores of Alabama, LLC. has not made a good faith effort to comply with §§ 206 and 207 of the FLSA.

## COUNT TWO

22. Family Dollar Stores of Alabama, LLC. discharged Plaintiff because she complained about her unpaid overtime and/or minimum wage noncompliance with the wage provisions set forth in §§ 206 and 207 of the FLSA.

23. Such discharge was unlawful and in violation of § 215(a)(3) of the FLSA.

**WHEREFORE, PREMISES CONSIDERED,** pursuant to § 216(b) of the FLSA, Plaintiff prays for the following relief:

    a. Damages in the amount of unpaid compensation, plus an equal amount of liquidated damages, and prejudgment interest;

    b. Reasonable attorneys' fees, including the costs and expenses of this action; and

    c. Such other legal and equitable relief including, but not limited to, any injunctive and/or declaratory relief to which Plaintiff may be entitled.

/s/ Patrick L. Hays, Jr.
PATRICK L. HAYS, JR. (ASB-2301-C45H)
Attorney for Plaintiff

**OF COUNSEL:**

**HAYS LAW FIRM**
415 East Commerce Street, Suite 201
Greenville, Alabama 36037
Telephone: 334-371-4297
phays@hays-lawfirm.com

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY
ON ALL ISSUES RELATED TO THIS CAUSE**

/s/ Patrick L. Hays, Jr.
OF COUNSEL