```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602044715
Cashier ID: estrong
Transaction Date: 03/28/2017
Payer Name: THE HAYS LAW FIRM LLC
--------------------------------
CIVIL FILING FEE
 For: THE HAYS LAW FIRM LLC
 Case/Party: D-ALM-2-17-CV-000181-001
 Amount:        $400.00
--------------------------------
CHECK
 Check/Money Order Num: 2325
 Amt Tendered:  $400.00
--------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```

2:17-CV-181

Matt v. Family Dollar Stores of Alabama, LLC